Case 1:22-cr-02088-SAB    ECF No. 46    filed 06/16/23    PageID.124    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-CR-2088-SAB-1 |
| Plaintiff, | ORDER GRANTING, IN PART, DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| LUIS OSVALDO HERNANDEZ, | |
| Defendant. | **ECF Nos. 43 & 44** |

**BEFORE THE COURT** is Defendant's Unopposed Motion to Modify Release Conditions and corresponding motion to expedite. ECF No. 43 & 44. Defendant was represented by Assistant Federal Defender Jennifer Barnes. Assistant United States Attorney Christopher John Bridger represents the United States. With Defendant's consent, Defendant appeared by video from Yakima, Washington.

Defendant requests modification of Special Condition Nos. 1 and 2,[1] which require him to participate in location-monitoring services, and to be confined to his

---

[1] In the order granting the motion to reopen detention, *see* ECF No. 24 at 6, the second special condition (Special Condition No. 2) is erroneously listed as Special Condition No. 10. This is a typographical error.

ORDER - 1

home in all but certain enumerated circumstances.  ECF No. 24.  Defense counsel indicates the United States Attorney and U.S. Probation have no objection to Defendant's request in this regard.  ECF No. 43 at 2.

Having reviewed the record, and for the reasons discussed in open court, the Court **GRANTS, IN PART,** Defendant's Motion to Modify Conditions of Release, **ECF No. 43**, and **GRANTS** the corresponding motion to expedite, **ECF No. 44**.

**IT IS FURTHER ORDERED** that Special Condition Nos. 1 and 2, ECF No. 24, are not stricken.  However, Defendants' conditions of release are modified as follows:  U.S. Pretrial Services shall unilaterally suspend Defendant's location monitoring requirement and home detention requirement (Special Condition Nos. 1 and 2) should a medical emergency occur that requires Defendant to be hospitalized.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED June 16, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2