Case 1:22-cr-02088-SAB    ECF No. 98    filed 12/09/24    PageID.380    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS OSVALDO HERNANDEZ,<br><br>Defendant. | No. 1:22-cr-02088-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AS MOOT<br><br>**ECF Nos. 96, 97** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 96) and related Motion to Expedite (ECF No. 97). Defendant requests removal of Special Condition No. 2, asserting that it currently applies to Defendant and requires home detention. ECF No. 96.

However, on February 2, 2024, the Court modified Special Condition No. 2 to require a curfew instead of home detention. ECF No. 81. And on February 5, 2024, the Court removed Special Condition No. 2 entirely, thus removing the curfew. ECF No. 84. As a result, Defendant is not currently subject to home detention.

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 96**) is **DENIED** as **MOOT**.

ORDER - 1

2. Defendant's Motion to Expedite (**ECF No. 97**) is **GRANTED**.

**IT IS SO ORDERED.**

DATED December 9, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2