# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hernandez, Luis Osvaldo | Docket No. | 0980 1:22CR02088-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luis Osvaldo Hernandez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 7th day of September 2022 under the following conditions:

<u>Standard Condition #6</u>: Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

<u>Standard Condition #8</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: Mr. Hernandez is alleged to be in violation of his pretrial release conditions by failing to report to the U.S. Probation/Pretrial Services Office since July 3, 2025.

On June 24, 2025, Mr. Hernandez was unsuccessfully discharged from American Behavioral Health Systems (ABHS) inpatient substance use treatment program and was given instructions to report to the probation office on or before July 1, 2025.

On July 1, 2025, Mr. Hernandez failed to report to the probation office. As of the date of this petition, Mr. Hernandez has made no effort to report to the probation office. His whereabouts are unknown.

<u>Violation #2</u>: Mr. Hernandez is alleged to be in violation of his release conditions by using a controlled substance, methamphetamine, on or about May 27, 2025.

On July 3, 2025, this officer received a discharge summary from ABHS. In the summary, Mr. Hernandez states that he last used methamphetamine on May 27, 2025.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   July 16, 2025 |
| by | s/Arturo Santana |
| | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8

Re: Hernandez,, Luis Osvaldo
July 16, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

7/16/2025
Date